UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN J. RICHSON-BEY,<br><br>          Petitioner,<br><br>     v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>          Respondent. | No. 1:23-cv-00566-JLT-SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 5)<br><br>ORDER REMANDING ACTION TO KINGS COUNTY SUPERIOR COURT |

　　　　Sean J. Richson-Bey, proceeding *pro se*, filed a notice of removal of a state court prosecution from the Kings County Superior Court to this Court pursuant to 28 U.S.C. § 1455. The assigned Magistrate Judge issued findings and recommendations to summarily remand the action to the Kings County Superior Court. (Doc. 5.) Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within 21 days after service. On May 8, 2023, Petitioner filed objections. (Doc. 6.)

　　　　According to 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

　　　　1.　　　The findings and recommendations issued on May 8, 2023, (Doc. 5), are

1

**ADOPTED IN FULL**.

    2.    The matter is remanded to the Kings County Superior Court.

    3.    The Clerk of Court is directed to close the case. This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **May 16, 2023**                                     _____
                                                          UNITED STATES DISTRICT JUDGE